E-FILED
Wednesday, 12 September, 2007 02:01:55 PM
Clerk, U.S. District Court, ILCD

UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ROSS E. OWENS, MELANIE P. HUNT and CITIFINANCIAL SERVICE, INC., | ) ) ) ) |
| Defendants. | ) CIVIL NO. 07-3_____ |

NOTICE OF FORECLOSURE

The undersigned certifies that the above entitled mortgage foreclosure action was filed on September 12, 2007, and is now pending.

(i) The names of all plaintiffs and the case number are identified above.

(ii) The court in which said action was brought is identified above.

(iii) The name of the title holder of record is: Melanie P. Hunt

(iv) A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lot 157 of Windrow Subdivision, Plat 1 as recorded in the Sangamon County Recorder of Deeds Office on July 28, 1995 as Document Number 95-24382, being a part of the Southeast Quarter of the Southwest Quarter and part of the Southwest Quarter of the Southeast Quarter of Section 19, Township 15 North, Range 7 West of the Third Principal Meridian. Situated in Sangamon County, Illinois. PIN No. 20-19-454-032

> Legal description also known as the following due to replatting of the new subdivision during Phase 2 development.

> Lot 157 of Windrow Subdivision, Plat 2 as recorded in the Sangamon County Recorder of Deeds Office on February 29, 1996 as Document Number 96-07906 being part of the Southeast Quarter of the Southwest Quarter and part of the Southwest Quarter of the Southeast Quarter of Section 19, Township 15 North, Range 7 West of the Third Principal Meridian. Situated in Sangamon County, Illinois. PIN No. 20-19-454-032

(v) A common address or description of the location of the real estate is as follows:

160 LeBeau Street, New Berlin, Illinois 62670

(vi) An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Names of mortgagors: | Ross E. Owens and Melanie P. Hunt |
| Name of mortgagee: | United States of America, United States Department of Agriculture |
| Date of mortgage: | May 21, 1999 |
| Date of recording: | May 25, 1999 |
| County where recorded: | Sangamon County, Illinois |

Recording document identification: Recorded as Doc. No. 1999R25485

Respectfully submitted,
RODGER A. HEATON
United States Attorney

By:  s/ James A. Lewis
_____
James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Fax: 217-492-4888
email: jim.lewis2@usdoj.gov

This instrument was prepared by James A. Lewis, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL 62701.

Please return recorded notice to James A. Lewis, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL 62701.