AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__CENTRAL__ District of __ILLINOIS__

UNITED STATES OF AMERICA

V.

ROSS E. OWENS, MELANIE P. HUNT
CITIFINANCIAL SERVICE, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-3247

TO: (Name and address of Defendant)

Melanie P. Hunt
160 LeBeau
New Berlin, IL 62670

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James A. Lewis, AUSA
318 South Sixth Street
Springfield, IL 62701

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

/s/ John M. Waters                                    11/7/07
CLERK                                                  DATE

/s/ B Hansen
(By) DEPUTY CLERK