IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 07-3247 |
| | ) |
| ROSS E. OWENS, MELANIE P. HUNT and | ) |
| CITIFINANCIAL SERVICE, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ENTRY OF DEFAULT

Now comes United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney James A. Lewis, and states:

1.  That the complaint herein was filed on September 12, 2007, and the defendants, Ross E. Owens, Melanie P. Hunt, and Citifinancial Service, Inc., each returned Waiver of Service of Summons on September 26, 2007, November 27, 2007, and November 15, 2007, respectively, pursuant to Federal Rule of Civil Procedure 4, and have acknowledged receipt of the complaint as shown by the file in this case, and did not thereafter voluntarily appear in these proceedings.

WHEREFORE, plaintiff, United States of America, prays that default be entered against the defendants, Ross E. Owens, Melanie P. Hunt, and Citifinancial Service, Inc., for their failure to appear, answer, or otherwise plead in the time and manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

        Respectfully submitted,
        RODGER A. HEATON
        United States Attorney

        s/ James A. Lewis

By: _____

        James A. Lewis, NC Bar No. 5470
        Attorney for Plaintiff
        United States Attorney's Office
        318 South Sixth Street
        Springfield, IL  62701
        Telephone:  217-492-4450
        Fax:  217-492-4888
        email:  jim.lewis2@usdoj.gov

## AFFIDAVIT

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) S.S. |
| COUNTY OF SANGAMON | ) |

James A. Lewis, pursuant to Title 28 Section 1746, declares under penalty of perjury that the foregoing is true and correct.  Executed on January 24, 2008.

        s/ James A. Lewis
        _____
        James A. Lewis
        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the foregoing to:

        Ross E. Owens
        117 N. Parker Avenue
        Springfield, IL  62702

        Melanie P. Hunt
        160 LeBeau
        New Berlin, IL  62670

        Citifinancial Service, Inc.
        2637 Chatham Road
        Springfield, IL  62704


      January 24, 2008                              s/ James A. Lewis
Date:_____                    _____