IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 07-3247 |
| | ) |
| ROSS E. OWENS, MELANIE P. HUNT and | ) |
| CITIFINANCIAL SERVICE, INC., | ) |
| | ) |
| Defendants. | ) |

ORDER OF DEFAULT

This cause coming on to be heard before the Court upon the sworn application of James A. Lewis, Assistant United States Attorney for the Central District of Illinois, and attorney for the plaintiff in the above-entitled cause, and the Court, being fully advised in the premises, finds that the Defendants, Ross E. Owens, Melanie P. Hunt, and Citifinancial Service, Inc., returned the Waiver of Service of Summons on September 26, 2007, November 27, 2007, and November 15, 2007, respectively, pursuant to Federal Rule of Civil Procedure 4, and have acknowledged receipt of the complaint as shown by the file in this case; they have not answered or otherwise pleaded to the complaint; and that they are now in default.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that default be and the same is hereby entered against the Defendants Ross E. Owens, Melanie P. Hunt, and Citifinancial Service, Inc., for their failure to appear, answer, or otherwise plead in this cause in the time and manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within 14 days of the entry of this Order of Default, the United States of America makes application to the District Court for the entry of a default judgment.

ENTERED:    January 24, 2008

s/ Byron G. Cudmore

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE