IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 07-3247 |
| | ) |
| ROSS E. OWENS, MELANIE P. HUNT and | ) |
| CITIFINANCIAL SERVICE, INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF ENTRY OF DEFAULT ORDER

You, Ross E. Owens, Melanie P. Hunt, and Citifinancial Service, Inc., the above named defendants, are hereby advised pursuant to Section 5/2-1302 of Chapter 735 of the Illinois Compiled Statutes that on the 24th day of January, 2008, United States Magistrate Judge Byron Cudmore entered an Order of Default against you.  The title of this lawsuit is:  <u>United States v. Ross E. Owens, et al.</u>  The Court No. is: 07-3247 filed in the Office of the Clerk of the United States District Court for the Central District of Illinois, Springfield Division, 600 East Monroe Street, Springfield, Illinois 62701.

The date of entry of said Order of Default against you is:  January 24, 2008.

Notice of Right to Redeem:  You may redeem the property within the time and in the manner provided by law.  In this case, the United States has requested that time for redemption be shortened because (i) the value of the mortgaged real estate as of the date of the entry of the judgment was less than ninety percent (90%) of the amount specified pursuant to the Code of

Civil Procedure, Chapter 11, Section 15-1603(d); and (ii) the mortgagee waives any and all rights to a personal judgment for a deficiency against the mortgagor and against all other persons liable for the indebtedness or other obligations secured by the mortgage.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/ James A. Lewis

By: _____

James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  217-492-4450
Fax:  217-492-4888
email:  jim.lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the foregoing to:

>Ross E. Owens
>117 N. Parker Avenue
>Springfield, IL  62702

>Melanie P. Hunt
>160 LeBeau
>New Berlin, IL  62670

>Citifinancial Service, Inc.
>2637 Chatham Road
>Springfield, IL  62704

|  |  |
|---|---|
| January 25, 2008 | s/ James A. Lewis |
| Date:_____ | _____ |