**E-FILED**
Wednesday, 06 February, 2008  09:21:06 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 07-3247 |
| | ) | |
| ROSS E. OWENS, MELANIE P. HUNT and | ) | |
| CITIFINANCIAL SERVICE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

N O T I C E

To:  Ross E. Owens                Melanie P. Hunt          Citifinancial Service, Inc.
     117 N. Parker Avenue         160 LeBeau               2637 Chatham Road
     Springfield, IL  62702       New Berlin, IL  62670    Springfield, IL  62704

You are hereby notified that the Plaintiff, United States of America, on February 6, 2008,

filed a Motion to Enter Judgment in this case.  Please be advised that the Court may rule on this

Motion without further notice or a hearing, after the Motion has been on file for 14 days.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/ James A. Lewis

By:  _____

James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  217-492-4450
Fax:  217-492-4888
email:  jim.lewis2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the foregoing to:

> Ross E. Owens
> 117 N. Parker Avenue
> Springfield, IL  62702

> Melanie P. Hunt
> 160 LeBeau
> New Berlin, IL  62670

> Citifinancial Service, Inc.
> 2637 Chatham Road
> Springfield, IL  62704

February 6, 2008                                        s/ James A. Lewis

Date:_____                _____