AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA**

vs.                                                        Case Number:    **07-3247**

**ROSS E. OWENS, MELANIE P. HUNT and CITIFINANCIAL SERVICES, INC.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to an Order by the Honorable Jeanne E. Scott, judgment of foreclosure is entered in favor of the Plaintiff and against the Defendants.  See written Order.

ENTER this 5th day of March, 2008

s/ Pamela E. Robinson
PAMELA E. ROBINSON, CLERK

s/ C. Cathcart
_____
BY:  DEPUTY CLERK