IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 07-3247 |
| | ) |
| ROSS E. OWENS, MELANIE P. HUNT and | ) |
| CITIFINANCIAL SERVICE, INC., | ) |
| | ) |
| Defendants. | ) |

NOTICE OF MARSHAL'S SALE

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:

    Darrel R. Monts
    Rural Development Specialist
    USDA Service Center
    1904 West Lafayette, Suite 1
    Jacksonville, IL  62650
    Telephone No:  (217) 243-1535, Ext. 4

2. The common address and other common description, if any, of the real estate is:

    160 LeBeau Street, New Berlin, Illinois  62670

3. The legal description of the real estate is:

    Lot 157 of Windrow Subdivision, Plat 1 as recorded in the Sangamon County Recorder of Deeds Office on July 28, 1995 as Document Number 95-24382, being a part of the Southeast Quarter of the Southwest Quarter and part of the Southwest Quarter of the Southeast Quarter of Section 19, Township 15 North, Range 7 West of the Third Principal Meridian.  Situated in Sangamon County, Illinois.  PIN No. 20-19-454-032

> Legal description also known as the following due to replatting of the new subdivision during Phase 2 development.
>
> Lot 157 of Windrow Subdivision, Plat 2 as recorded in the Sangamon County Recorder of Deeds Office on February 29, 1996 as Document Number 96-07906 being part of the Southeast Quarter of the Southwest Quarter and part of the Southwest Quarter of the Southeast Quarter of Section 19, Township 15 North, Range 7 West of the Third Principal Meridian.  Situated in Sangamon County, Illinois.  PIN No. 20-19-454-032

4. The real estate may be inspected prior to sale at the following times:

    Available for inspection during business hours upon reasonable advance notice to the county office listed above.

5. The time and place of the sale are:

    May 20, 2008, at 9:30 a.m., at the front door of the Sangamon County Courthouse, Springfield, Illinois.

6. The terms of the sale are:

    10% of purchase price at time and place of sale by certified check.  Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe Street, Room 136, Peoria, Illinois 61602 within thirty (30) days of date of sale.  If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2007 and 2008, which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record.

8. The property is sold "AS IS", without any warranties of habitability or any warranties, either expressed or implied.

9. At said sale I shall give to the purchaser or purchasers a Certificate of Sale in writing describing the lands and tenements purchased and the sum paid therefor.  Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Springfield, Illinois, this 13th day of March, 2008.

                                                   s/ Steven D. Deatherage
                                           _____
                                           STEVEN D. DEATHERAGE
                                           UNITED STATES MARSHAL
                                           CENTRAL DISTRICT OF ILLINOIS

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF MARSHAL'S SALE** has been placed in the United States mail, via certified mail, return receipt requested, and regular mail, addressed to:

    Ross E. Owens
    117 N. Parker Avenue
    Springfield, IL  62702

    Melanie P. Hunt
    160 LeBeau
    New Berlin, IL  62670

    Citifinancial Service, Inc.
    2637 Chatham Road
    Springfield, IL  62704

April 7, 2008                                                                        s/ James A. Lewis
Date: _____           _____