IN THE UNITED STATES
DISTRICT COURT
FOR THE CENTRAL
DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION
UNITED STATES OF
AMERICA,
  Plaintiff,
v.
ROSS E. OWENS, MELANIE
P. HUNT and CITIFINAN-
CIAL SERVICE, INC.,
  Defendants.
CIVIL NO. 07-3247
NOTICE OF MARSHAL'S
SALE

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:
Darrel R. Monts
Rural Development Specialist
USDA Service Center
1904 West Lafayette, Suite 1
Jacksonville, IL 62650
Telephone No:
(217)243-1535, Ext. 4

2. The common address and other common description, if any, of the real estate is:
160 LeBeau Street,
New Berlin, Illinois 62670

3. The legal description of the real estate is:
Lot 157 of Windrow Subdivision, Plat 1 as recorded in the Sangamon County Recorder of Deeds Office on July 28, 1995 as Document Number 95-24382, being a part of the Southeast Quarter of the Southwest Quarter and part of the Southwest Quarter of the Southeast Quarter of Section 19, Township 15 North, Range 7 West of the Third Principal Meridian. Situated in Sangamon County, Illinois.
PIN No. 20-19-454-032.

Legal description also known as the following due to replatting of the new subdivision during Phase 2 development.
Lot 157 of Windrow Subdivision, Plat 2 as recorded in the Sangamon County Recorder of Deeds Office on February 29, 1996 as Document Number 96-07906 being part of the Southeast Quarter of the Southwest Quarter and part of the Southwest Quarter of the

4. The real estate may be inspected prior to sale at the following times.
Available for inspection during business hours upon reasonable advance notice to the county office listed above.

5. The time and place of sale are:
May 20, 2008, at 9:30 a.m. at the front door of the Sangamon County Courthouse, Springfield, Illinois.

6. The terms of the sale are: 10% of purchase price at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe Street, Room 226, Peoria, Illinois 61602 within thirty (30) days of date of sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2007 and 2008, which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record.

8. The property is sold "AS IS," without any warranties of habitability or any warranties, either expressed or implied.

9. At said sale I shall give to the purchaser or purchasers a Certificate of Sale writing describing the lands and tenements purchased and the sum paid therefore. Upon confirmation sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.
DATED at Springfield, Illinois, this 13th day of March, 2008.

/s/ Steven D. Deatherage
STEVEN D. DEATHERAGE
UNITED STATES MARSHAL
CENTRAL DISTRICT
OF ILLINOIS

---

Certificate of Publication in THE STATE JOURNAL-REGISTER by GateHouse Media Illinois Holdings, Inc.

STATE OF ILLINOIS
COUNTY OF SANGAMON ss

GATEHOUSE MEDIA ILLINOIS HOLDINGS, INC., DOES HEREBY CERTIFY:

That it is a corporation duly organized and existing under the laws of the State of Illinois;

That it is the publisher of *The State Journal-Register*, a secular daily newspaper printed and published in the City of Springfield, in Sangamon County, Illinois, and of general circulation in said City, County and State; and that it is a newspaper as defined in "An Act to revise the law in relation to notices" - Illinois Compiled Statutes, Chapter 715 Sections 1 and 5.

That a notice of which the annexed is a true copy has been regularly published in said newspaper one time each week for four successive weeks; that the first publication of said notice was on the fourteenth day of April, 2008, and the last publication thereof was on the fifth day of May, 2008,

That the face of type in which each publication of said notice was printed was the same as the body of type used in the classified advertising in the newspaper in which said publication was made;

That said *The State Journal-Register* has been regularly published in said City, County and State for at least one year Prior to publication of said notice.

In WITNESS WHEREOF, said GateHouse Media Illinois Holdings, Inc., publisher as aforesaid, has executed this Certificate of Publication by its Officer or Agent thereunto duly authorized this fifth day of May, 2008.

GATEHOUSE MEDIA ILLINOIS HOLDINGS, INC.

By _____
ITS VICE PRESIDENT

Printer's Fee $781.37

No. 08-830