E-FILED
Monday, 16 June, 2008  02:55:14 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 07-3247 |
| | ) |
| ROSS E. OWENS, MELANIE P. HUNT and | ) |
| CITIFINANCIAL SERVICE, INC., | ) |
| | ) |
| Defendants. | ) |

### UNITED STATES MARSHAL'S REPORT OF SALE

I, STEVEN D. DEATHERAGE, United States Marshal for the Central District of Illinois, respectfully report that none of the Defendants in this cause having paid the amount due as required by the Decree and Order Directing Foreclosure and Sale entered herein on March 4, 2007, within the time limited by such Decree, I duly advertised for sale at public vendue to the highest and best bidder at the front door of the Courthouse of Sangamon County, in the City of Springfield, Illinois, on the 20th day of May, 2008, at the hour of 9:30 A.M., by causing a Notice thereof, containing the title of said cause, the names of the parties hereto, the name of the Court in which said cause was pending, a description of the premises sought to be sold, and a statement of the time, place and terms of sale to be published once each week for four (4) consecutive weeks in the Springfield State Journal-Register, a secular newspaper of general circulation printed and published in the City of Springfield, Illinois, which newspaper has been regularly published in said City for more than six (6) months continuously and immediately prior to the first publication of said Notice, the first publication of said Notice was on April 14, 2008, and the last publication on May 5, 2008, all of which appears from a Certificate of Publication on file in this cause.

1. At the time and place designated for the sale ordered herein, the undersigned offered said premises for sale to the highest bidder and Bruce Schrieber, 105 Pearl Place, Jacksonville, IL 62650, bid the sum of $36,700.00, and that being the highest bid offered, I sold said real estate to said highest bidder.

2. Said purchaser paid to plaintiff the amount of said bid in full satisfaction of said Judgment of Foreclosure.

3. The undersigned has executed and delivered to the purchaser at said sale a Certificate of Sale and has caused to be filed in the Office of the Recorder of Deeds of said county, the original or a duplicate original of said certificate.

4. The total amount of indebtedness secured by the mortgage foreclosed herein and the Judgment of Foreclosure entered herein and the deficiency, if any, are computed as follows:

Amount found due in judgment as of January 9, 2008:

| | |
|---|---|
| Unpaid principal balance | $79,153.96 |
| Accrued interest at $14.9180 per day and unpaid as of 01/09/08 | $9,926.28 |
| Accrued interest from 01/10/08 to 03/04/08, the date of entry of judgment (55 days @ $14.9180 per day) | $820.49 |
| Accrued federal interest from 03/05/08 to 05/20//08, the date of sale (77 days @ $4.2938 per day) | $330.62 |
| Subsidy Recapture | $3,574.80 |
| Late charges | $104.50 |
| Interest on fees | $219.34 |
| Fees assessed | $6,259.09 |
| Total | $100,389.08 |

Costs of Sale:

    Marshal's commission (3% of 1st $1,000 &
     1½% of remaining bid balance) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $565.50

    Marshal's fee for conducting sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $45.00

    Docket Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $350.00

    Recording Notice of Foreclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $29.00

    Release Notice of Foreclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $29.00

    Publication charges (Notice of Sale) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $984.37

        Total amount of indebtedness . . . . . . . . . . . . . . . . . . . . . . . . . $102,391.95

Amount of bid at sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $36,700.00

Amount of deficiency . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $65,691.95

5. It is also reported:

i)     A notice required in accordance with Chapter 735 ILCS, Section 5/15-1507(c) was given;

    ii) The terms of sale were fair and not unconscionable;

    iii) The sale was conducted fairly and without fraud;

    iv) Justice was done by the sale.

Respectfully submitted this 5th day of June, 2008.

                                        s/ Steven D. Deatherage
                                        _____
                                        STEVEN D. DEATHERAGE
                                        UNITED STATES MARSHAL
                                        CENTRAL DISTRICT OF ILLINOIS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **MARSHAL'S REPORT OF SALE** has been placed in the United States mail, addressed to:

>Ross E. Owens
>117 N. Parker Avenue
>Springfield, IL  62702
>
>Melanie P. Hunt
>160 LeBeau
>New Berlin, IL  62670
>
>Citifinancial Service, Inc.
>2637 Chatham Road
>Springfield, IL  62704
>
>Bruce Schrieber
>105 Pearl Place
>Jacksonville, IL  62650

|  |  |
|---|---|
| June 16, 2008 | s/ James A. Lewis |
| Date: _____ | _____ |
|  | James A. Lewis |