UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROSS E. OWENS, MELANIE P. | ) |
| HUNT and CITIFINANCIAL | ) |
| SERVICE, INC., | ) |
| | ) |
| Defendants. | ) CIVIL NO. 07-3247 |

UNITED STATES MARSHAL'S CERTIFICATE OF PURCHASE

I, STEVEN D. DEATHERAGE, United States Marshal for the Central District of Illinois, do hereby certify that in pursuance of Notice duly given by virtue of the Judgment of Foreclosure made in this cause on March 4, 2008, I, the undersigned, on the 20th day of May, 2008, at 9:30 A.M., did offer for sale subject to confirmation by this Court at public auction to the highest and best bidder for cash, at the front door of the Courthouse in Sangamon County, Springfield, Illinois, the lands and premises described in said Decree and that Bruce Schrieber, 105 Pearl Place, Jacksonville, IL 62650, having bid therefore the sum of $36,700.00, and the said bid being the highest and best bid offered for said premises at the said sale, I accordingly struck off and sold to the said bidder for the said sum so bid the said premises, which are situated in the County of Sangamon, Illinois, and described as follows, to-wit:

> Lot 157 of Windrow Subdivision, Plat 1 as recorded in the Sangamon County Recorder of Deeds Office on July 28, 1995 as Document Number 95-24382, being a part of the Southeast Quarter of the Southwest Quarter and part of the Southwest Quarter of the Southeast Quarter of Section 19, Township 15 North, Range 7 West of the Third Principal Meridian.  Situated in Sangamon County, Illinois.  PIN No. 20-19-454-032

Legal description also known as the following due to replatting of the new subdivision during Phase 2 development.

Lot 157 of Windrow Subdivision, Plat 2 as recorded in the Sangamon County Recorder of Deeds Office on February 29, 1996 as Document Number 96-07906 being part of the Southeast Quarter of the Southwest Quarter and part of the Southwest Quarter of the Southeast Quarter of Section 19, Township 15 North, Range 7 West of the Third Principal Meridian.  Situated in Sangamon County, Illinois.  PIN No. 20-19-454-032

together with all buildings and improvements thereon and the tenements, appurtenances and hereditaments thereunto belonging, subject to the general taxes for the years 2007 and 2008, which are a lien, and any special assessments or special taxes levied or assessed against the said real estate and easements and restrictions of record.

Said purchaser will be entitled to a deed to said premises upon confirmation of said sale.

WITNESS my hand this 5th day of June, 2008.

s/ Steven D. Deatherage

_____
STEVEN D. DEATHERAGE
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS: |
| COUNTY OF SANGAMON | ) |

## ACKNOWLEDGMENT

On this 5th day of June, 2008, before me, Clerk of the United States District Court for the Central District of Illinois, the undersigned, personally appeared STEVEN D. DEATHERAGE, known to me to be the United States Marshal for the said Central District of Illinois, and the person whose name is subscribed to the within and foregoing instrument, and acknowledged that he executed the same as the United States Marshal as aforesaid as and for the purposes therein set forth.

                                              PAMELA E. ROBINSON
                                              Clerk of the U.S. District Court


                                              s/ S. Marvel
                                              _____
                                              Deputy Clerk

This instrument was prepared by James A. Lewis, Assistant United States Attorney, 318 South Sixth Street, Springfield, Illinois 62701.

Send tax statement to and return this recorded document to: Bruce Schrieber, 105 Pearl Place, Jacksonville, IL 62650.