E-FILED
Tuesday, 17 June, 2008  02:29:14 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-3247 |
| ROSS E. OWENS, MELANIE P. HUNT and CITIFINANCIAL SERVICE, INC., | ) | |
| Defendants. | ) | |

## DECREE CONFIRMING SALE

JEANNE E. SCOTT, U.S. District Judge:

This day comes Steven D. Deatherage, United States Marshal, appointed by the Court herein to make sale and to carry into effect the said former Decree, and makes report of his proceedings and the Court having duly examined the same, finds that the United States Marshal has in every respect proceeded in accordance with the terms of said Decree, and that the sale was fairly made, and the Court being fully advised in the premises finds:

1. A notice required in accordance with Chapter 735 ILCS, Section 5/15-1507(c) was given.

2. The terms of sale were fair and not unconscionable.

3. The sale was conducted fairly and without fraud.

4. Justice was done by the sale.

5. All redemption and reinstatement periods have expired without redemption or reinstatement having been made.

IT IS THEREFORE ORDERED:

A. Said Report of Sale is approved and said sale is confirmed.

B. That there is no deficiency judgment ordered in favor of the Plaintiff.

C. The United States Marshal will execute a deed to the holder of the Certificate of Sale at this time sufficient to convey title pursuant to Chapter 735 ILCS, Section 5/15-1509(a) and Section 2001 of Title 28, United States Code.

D. The holder of the Certificate of Sale or deed issued pursuant to the Certificate shall be entitled to possession of the real estate on the 31st day after entry of this Order; that in the event possession is withheld on the 31st day after entry of this Order, the United States Marshal is directed to evict and dispossess, without further order or notice, Melanie P. Hunt, Defendant, from the subject real estate.

E. That there is no just reason to delay enforcement of or appeal

from this final Order.

F. The United States shall distribute said proceeds of sale in the manner provided herein and in the Judgment of Foreclosure previously approved by this Court as soon as practicable after entry of this Decree, without further Court order.

IT IS THEREFORE SO ORDERED.

ENTER: June 17, 2008

    FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE
